UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JON DOSS, | ) | CIV. 08-4026-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| DEPARTMENT OF CORRECTIONS; | ) | |
| DR. MARK STEIL; and | ) | |
| WARDEN BOB DOOLEY, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff.

Dated September 17, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE